UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD JAY KAPLAN #143064,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

File No. 1:11-CV-255

HON. ROBERT HOLMES BELL

# ORDER APPROVING AND ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 8, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's claims for injunctive and declaratory relief be dismissed as moot, that Defendants' motions for summary judgment (Dkt. Nos. 18, 37, 55) be granted, and that judgment be entered in favor of Defendants. (Dkt. No. 96.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the March 8, 2013, R&R (Dkt. No. 96) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims for injunctive and declaratory relief are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (Dkt. Nos. 18, 37, 55) are **GRANTED**.


Dated: March 26, 2013                               /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE